# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143888

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

FELTON JUNE SEALEY, III,
　　　Defendant-Appellant.

_____/

SC: 143888
COA: 301997
Genesee CC: 06-019208-FC

　　　On order of the Court, the application for leave to appeal the August 17, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

h0319